UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ABRAHAM "AVI" MIRMAN,

                   Plaintiff,

         -against-

EXECUTIVE RISK INDEMNITY, INC.,

                   Defendant.

---------------------------------------------------------------x

Case 18-CV-01405(DAB)

AFFIRMATION OF
DANIEL W. LONDON

Daniel W. London, an attorney duly admitted to practice in this Court, affirms the following, upon information and belief, under the penalty of prejury:

1. Attached as Exhibit 1 is a true and correct copy of the Brief in Support of Motion to Dismiss filed by Abraham Mirman ("Mirman") on February 2, 2018 in the lawsuit captioned *Securities and Exchange Commission v. Robert Donald Bruce Genovese, et al.*, 1:17-cv-05821, in the Southern District of New York ("The S.E.C. Enforcement Action").

2. Attached as Exhibit 2 is a true and correct copy of the Order issued by the District Court, filed on June 29, 2018, denying Mirman's Motion to Dismiss the S.E.C. Enforcement Action.

3. Attached as Exhibit 3 is a true and correct copy of the joint letter dated July 11, 2018 filed by the parties to the S.E.C. Enforcement Action.

Dated: New York, New York
         July 27, 2018

                                                              /s/ Daniel W. London
                                                              DANIEL W. LONDON